Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-1075

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/2662180 | XY Footwear Store |
| 2 | aliexpress.com/store/4847146 | Zohreh Official Store |
| 3 | aliexpress.com/store/5044228 | VFOCHI Store |
| 4 | aliexpress.com/store/5067275 | Zohreh Store |
| 5 | aliexpress.com/store/5239172 | Your shoe ark Store |
| 6 | aliexpress.com/store/911008020 | warmmin Store |
| 7 | aliexpress.com/store/911611641 | XXPhoneCase Store |
| 8 | aliexpress.com/store/911752018 | YOU 55667788 Store |
| 9 | aliexpress.com/store/911787875 | WuAiShoes Store |
| 10 | aliexpress.com/store/911818205 | Your shoe ark 888 Store |
| 11 | aliexpress.com/store/911827054 | VitalitySports Store |
| 12 | aliexpress.com/store/911830311 | yuan zp Store |
| 13 | aliexpress.com/store/911893069 | Your good life518 Store |
| 14 | aliexpress.com/store/912147047 | ZOOPO stone Store |
| 15 | aliexpress.com/store/912165033 | T-shirt 564 Store |
| 16 | aliexpress.com/store/912188276 | TYBURN parity Store |
| 17 | aliexpress.com/store/912224366 | wyx2021 Store |
| 18 | aliexpress.com/store/912257840 | Welcome July Dropshoping Store |
| 19 | aliexpress.com/store/912268685 | TuBiNanBoWan Store |
| 20 | aliexpress.com/store/912401715 | Yipintang accessories pendant Store |
| 21 | aliexpress.com/store/912406382 | yanghui Store |
| 22 | aliexpress.com/store/912462013 | Winter children's hoodie Store |
| 23 | aliexpress.com/store/912510280 | XY-999 Store |
| 24 | aliexpress.com/store/912515127 | yuzhongxia00 Store |
| 25 | aliexpress.com/store/912516749 | xiao8888 Store |
| 26 | aliexpress.com/store/912519942 | YTMTLOY%10 Store |
| 27 | aliexpress.com/store/912525385 | XINYUYU2021 Store |
| 28 | aliexpress.com/store/912538303 | Vinerady Store |
| 29 | aliexpress.com/store/912570287 | Yanchengchaochuang Store |
| 30 | aliexpress.com/store/912576189 | Xiaohubuhu Store |
| 31 | aliexpress.com/store/912591023 | ZHIYUONE Store |
| 32 | aliexpress.com/store/912598372 | zhang zhang Store |
| 33 | aliexpress.com/store/912645134 | T-shirt 9900030 Store |

| | | |
|---|---|---|
| 34 | aliexpress.com/store/912654848 | Waroom HUI Store |
| 35 | aliexpress.com/store/912657389 | YUWU apparel Store |
| 36 | aliexpress.com/store/912687235 | UXIEBaskett Shoe Store |
| 37 | liexpress.com/store/2815030 | ZUNXI Store |
| 38 | aliexpress.com/store/912544176 | July trend Store |
| 39 | aliexpress.com/store/912494613 | Timo's Store |
| 40 | aliexpress.com/store/912639284 | High-quality suits for children Store |
| 41 | aliexpress.com/store/912657894 | 9188 children's suit Store |
| 42 | aliexpress.com/store/912687046 | Children's11111 Store |
| 43 | aliexpress.com/store/132867 | wholesale factory store |
| 44 | aliexpress.com/store/1724800 | Shop1724800 Store |
| 45 | aliexpress.com/store/1846273 | toys world gift |
| 46 | aliexpress.com/store/1913155 | Shop1913155 Store |
| 47 | aliexpress.com/store/2341234 | WISAPI Official Store |
| 48 | aliexpress.com/store/2345283 | Shop2345283 Store |
| 49 | aliexpress.com/store/2500059 | iSticker Store |
| 50 | aliexpress.com/store/3210014 | YOSLIFE Store |
| 51 | aliexpress.com/store/3254003 | ZY Decals Store |
| 52 | aliexpress.com/store/4288007 | shifenmei Suwatch Store |
| 53 | aliexpress.com/store/4836090 | Jhiqui Official Store |
| 54 | aliexpress.com/store/512654 | wishspace factory Store |
| 55 | aliexpress.com/store/5139003 | jadoly Online Store |
| 56 | aliexpress.com/store/5508011 | Vivians Store |
| 57 | aliexpress.com/store/5854005 | Shop5854005 Store |
| 58 | aliexpress.com/store/5878074 | Shop5878074 Store |
| 59 | aliexpress.com/store/900101001 | ZYLAN Factory Store |
| 60 | amazon.com/sp?seller=A100V9IFFLMLGT | Suwenxia |
| 61 | amazon.com/sp?seller=A10N7A2IVTFIE8 | XinBiShunLife |
| 62 | amazon.com/sp?seller=A11YAX8KTVJG8S | Operatech |
| 63 | amazon.com/sp?seller=A127GP3F9HF8S1 | qinmen |
| 64 | amazon.com/sp?seller=A12CFHDNK74DA8 | Resure |
| 65 | amazon.com/sp?seller=A12R1VMUIXFPVP | LQL700528 |
| 66 | amazon.com/sp?seller=A13F5VI4VE9R3S | BIWOW |
| 67 | amazon.com/sp?seller=A14KAH58MDUYUE | Amu buy (China) Electronics |
| 68 | amazon.com/sp?seller=A15NA7TY5QSA0P | atnibor |
| 69 | amazon.com/sp?seller=A16BAO91DBP8YI | ZhengDingXianGangLeiTiYuYongPinDian |
| 70 | amazon.com/sp?seller=A16WHSTA2GPRLU | FYH872566 |
| 71 | amazon.com/sp?seller=A18BZIDX5K1T2X | Yustimfy |
| 72 | amazon.com/sp?seller=A18D52RF95I38Y | Quandence |
| 73 | amazon.com/sp?seller=A18S3ARVM3AQ1K | ShangShan |
| 74 | amazon.com/sp?seller=A1AYFGQ0C98KQT | macarren |
| 75 | amazon.com/sp?seller=A1F203QJM2H3L4 | sjdjsmnn |
| 76 | amazon.com/sp?seller=A1FO6V58CJ0WZH | Rainlly |

| | | |
|---|---|---|
| 77 | amazon.com/sp?seller=A1FRQ340COI87X | FZhuoyanyan |
| 78 | amazon.com/sp?seller=A1H2HB98I05URV | JIN XING YUAN US |
| 79 | amazon.com/sp?seller=A1IGUM6H2OQ40S | shengzhou metal products |
| 80 | amazon.com/sp?seller=A1ITHA72TP46ZP | Shanxidiqiucun |
| 81 | amazon.com/sp?seller=A1K1JA54DOSCTC | FZmuxun |
| 82 | amazon.com/sp?seller=A1LF4T3LC7HNPN | LEVLON |
| 83 | amazon.com/sp?seller=A1LX42IRXGV1N6 | RoderickAsion |
| 84 | amazon.com/sp?seller=A1MBMKJJIJXG6I | YXDD |
| 85 | amazon.com/sp?seller=A1MTM1NIVVSBMP | luojingpingstore (deliveried 7-10 days). |
| 86 | amazon.com/sp?seller=A1N41BNNAKN28S | LTL760085 |
| 87 | amazon.com/sp?seller=A1NDKY6BZVROPP | JJQ9700203 |
| 88 | amazon.com/sp?seller=A1OC847J9WROH8 | Gui Mao Li |
| 89 | amazon.com/sp?seller=A1RH2F94Q6DJJN | Mjg-us |
| 90 | amazon.com/sp?seller=A1RMTU72NQEZXA | LLG960043 |
| 91 | amazon.com/sp?seller=A1SX9S3AH6FD7K | WXBDDP |
| 92 | amazon.com/sp?seller=A1TE39E79WQGB4 | eHaoHongH |
| 93 | amazon.com/sp?seller=A1UTR5MYRGUMJU | Beautiful abc |
| 94 | amazon.com/sp?seller=A1W36DU8HFC4W6 | Fanii Quare |
| 95 | amazon.com/sp?seller=A1W4WMDXRN1OIF | LGB DECOR-US |
| 96 | amazon.com/sp?seller=A1Z0FTQSD7KTBR | naligongsi |
| 97 | amazon.com/sp?seller=A1ZJADEN3HSKDM | HongSheng |
| 98 | amazon.com/sp?seller=A1ZRGSLBSBBA37 | Zemorey |
| 99 | amazon.com/sp?seller=A1ZYI5US2H955L | HeZhi US |
| 100 | amazon.com/sp?seller=A205X6SG46HQAR | Trails Away |
| 101 | amazon.com/sp?seller=A21556NNALF4HA | DENG ZE RUI |
| 102 | amazon.com/sp?seller=A236TOOSVH9KZR | Freestyle28 |
| 103 | amazon.com/sp?seller=A23HW6C79BF93K | XXYYI |
| 104 | amazon.com/sp?seller=A24EMWHFTWISGD | AJOJO SHOP |
| 105 | amazon.com/sp?seller=A24RNVRQ14S9BS | ZhuLongFei Trade |
| 106 | amazon.com/sp?seller=A2538G0UERPZON | XINXUC STORE |
| 107 | amazon.com/sp?seller=A28N6MRKUK9KLM | lwj0OSN |
| 108 | amazon.com/sp?seller=A293QZRX1E1JGR | Odema |
| 109 | amazon.com/sp?seller=A29NBKB59LGEPX | ZY191126 |
| 110 | amazon.com/sp?seller=A2A04AAPIA8DQ5 | szaddp |
| 111 | amazon.com/sp?seller=A2AJ8C0GA55VAN | LucyCulture |
| 112 | amazon.com/sp?seller=A2BTDS6WO862P | COSGO |
| 113 | amazon.com/sp?seller=A2ECQ7FO8CPV4D | A2ECQ7FO8CPV4D |
| 114 | amazon.com/sp?seller=A2EUAP7SWP8A0N | Linglingdian |
| 115 | amazon.com/sp?seller=A2HJTHKMQSKHA5 | XCHYT |
| 116 | amazon.com/sp?seller=A2I5VDKF3XORNB | peilinghuang |
| 117 | amazon.com/sp?seller=A2IFNR8GGZ2KYQ | Aimoerfan |
| 118 | amazon.com/sp?seller=A2IKS3VTJYYRD3 | julsvon |
| 119 | amazon.com/sp?seller=A2KB8NWPPNT7FO | RUNPIN_ART |

| | | |
|---|---|---|
| 120 | amazon.com/sp?seller=A2KPH1PMX60PBN | Mei Hua Li |
| 121 | amazon.com/sp?seller=A2KQLVXE9QARMV | FZjueshiqingcheng |
| 122 | amazon.com/sp?seller=A2LF8QW0PADPU3 | Jin Zhao Jia |
| 123 | amazon.com/sp?seller=A2N37G29Q4KD71 | Guan Ling Ji |
| 124 | amazon.com/sp?seller=A2O0CMVFTEOBOP | Good Comfortable |
| 125 | amazon.com/sp?seller=A2PEMFAD5WNYT4 | Dream baby party |
| 126 | amazon.com/sp?seller=A2R9SR6OKOCWFJ | SHFBHSD |
| 127 | amazon.com/sp?seller=A2UW4HEGEGHDYE | WUJINGSHOP |
| 128 | amazon.com/sp?seller=A2W0OZADEO2FVB | linzicong |
| 129 | amazon.com/sp?seller=A2Y8VX15BVH57M | genmaiyige |
| 130 | amazon.com/sp?seller=A30BNPWT3MRH3L | xinluoquzhuolanduobaihuodian |
| 131 | amazon.com/sp?seller=A30TS5OB5JBSGS | cxal |
| 132 | amazon.com/sp?seller=A31BA8ZVYME50K | A31BA8ZVYME50K |
| 133 | amazon.com/sp?seller=A31FIV81LH8XED | Handelskrieg der Hanse |
| 134 | amazon.com/sp?seller=A31W326TKABLYD | LWH182209 |
| 135 | amazon.com/sp?seller=A32130LM9HTONM | YSQ188066 |
| 136 | amazon.com/sp?seller=A32LUAUR2F7EV0 | A32LUAUR2F7EV0 |
| 137 | amazon.com/sp?seller=A32PL2JBG6JFE7 | YQS30031641 |
| 138 | amazon.com/sp?seller=A33O7680B7TYWR | zhuyunfeng009 |
| 139 | amazon.com/sp?seller=A33OSSYC5WP6QB | haiyuyu |
| 140 | amazon.com/sp?seller=A33RI0J181D5VV | PXS703108 |
| 141 | amazon.com/sp?seller=A35VMVZX00G2PH | meishiyuan |
| 142 | amazon.com/sp?seller=A36PZ0CP0DSTKC | Jufeng Sporting goods |
| 143 | amazon.com/sp?seller=A38592WSHD57U1 | LWG736150 |
| 144 | amazon.com/sp?seller=A38H5RECE3RCDE | Homegy |
| 145 | amazon.com/sp?seller=A391S42ETZT1G7 | Prevarite |
| 146 | amazon.com/sp?seller=A39CCDJG1D62PF | Nightgown |
| 147 | amazon.com/sp?seller=A39R66P1DLGJFO | tiffnylift |
| 148 | amazon.com/sp?seller=A3A22XMX2TR6XU | chaojixingyun |
| 149 | amazon.com/sp?seller=A3A9ASY5UOBDKT | xingyaous |
| 150 | amazon.com/sp?seller=A3BLC8RI4JTJO3 | Easma Shop |
| 151 | amazon.com/sp?seller=A3D64K7IU4Y419 | zhangjie3612 |
| 152 | amazon.com/sp?seller=A3DHPLIGN2V9F8 | fengyuanshanhang |
| 153 | amazon.com/sp?seller=A3DRE2FBEV2RPE | HAODU |
| 154 | amazon.com/sp?seller=A3FK27P8QPXFYS | ZXZ765651 |
| 155 | amazon.com/sp?seller=A3IB6TNKD1PO4M | Citry |
| 156 | amazon.com/sp?seller=A3J9SCGDCT353F | uwuxindi |
| 157 | amazon.com/sp?seller=A3KBZM974U79BC | LFJ1008234 |
| 158 | amazon.com/sp?seller=A3KTDA4WQB3J69 | Gysus |
| 159 | amazon.com/sp?seller=A3KXYZ0M5Q5YW4 | Kingspinner 715 days |
| 160 | amazon.com/sp?seller=A3O7P10VN0DHBI | LittleCat |
| 161 | amazon.com/sp?seller=A3PG92CLC07Q5O | DASHUIO |
| 162 | amazon.com/sp?seller=A3PT9Q34VGP980 | ganchenghuamaoyishanghang |

| | | |
|---|---|---|
| 163 | amazon.com/sp?seller=A3U2BHREMDJ300 | Hombitf |
| 164 | amazon.com/sp?seller=A7ARUDNZCYSO7 | shenzhenshideruiqingdianziyouxiangongsi |
| 165 | amazon.com/sp?seller=AAAMKQ98HYHLV | nonoyeyearthome |
| 166 | amazon.com/sp?seller=AAQJG1YI3MCR9 | NetPop |
| 167 | amazon.com/sp?seller=ABXXR803QJ2UC | ZhuShuaiXinPu |
| 168 | amazon.com/sp?seller=ACBL0I7F22N73 | ZhengZhouShiJinShuiQuShuMianBaiHuoShangHang |
| 169 | amazon.com/sp?seller=AD4IRNLZKSLRT | shixingxiangdianzi |
| 170 | amazon.com/sp?seller=ADINDH5038BPZ | DIZAII |
| 171 | amazon.com/sp?seller=ADSL35ENBRJ8 | SYBKED |
| 172 | amazon.com/sp?seller=AE1LFBWWXAWR9 | ZQX UK |
| 173 | amazon.com/sp?seller=AETSI90RMPYPC | QFwallart |
| 174 | amazon.com/sp?seller=AG4JEDJADT87L | luanluanshangmao |
| 175 | amazon.com/sp?seller=AJ6P6Z1PYRGH3 | zhangtianle |
| 176 | amazon.com/sp?seller=AJUG4LSZ6JA7Y | luganmaoyi |
| 177 | amazon.com/sp?seller=AMIUHCZM0YXF2 | huakeshangmao |
| 178 | amazon.com/sp?seller=AN29WYD25KEXL | LLQ443928 |
| 179 | amazon.com/sp?seller=ANY771KJ2HX5H | O-GOMOD SIGN |
| 180 | amazon.com/sp?seller=ANYYPR1YIP7AJ | ZCTECH |
| 181 | amazon.com/sp?seller=AOLIXRO29JXFQ | kakashangmao |
| 182 | amazon.com/sp?seller=AOLJIBEY2HJHS | baibeishangmao |
| 183 | amazon.com/sp?seller=AOOTR8VRLNFAN | LuoHeHangQi |
| 184 | amazon.com/sp?seller=ATLOTIOW3GK3A | Rafaelle cn |
| 185 | amazon.com/sp?seller=ATWHIU4RZSAAJ | HKJHDKJADSA |
| 186 | amazon.com/sp?seller=AURJPU0BWM6ON | Linyitengxiangdianzishangwuyouxianzerengongsi |
| 187 | amazon.com/sp?seller=AVBQTG0C5VISF | Shallowin |
| 188 | amazon.com/sp?seller=AVLTV9D7ZNHX9 | bingzhichenshangmao |
| 189 | amazon.com/sp?seller=AWICJ3I0M01UZ | MoSiMin |
| 190 | amazon.com/sp?seller=AXVQU6BXXZRB | Victorics-US |
| 191 | amazon.com/sp?seller=AZNY37ENCS52O | Sunfanie |
| 192 | ebay.com/usr/binglaishangmaoyouxiangongsi | binglaishangmaoyouxiangongsi |
| 193 | ebay.com/usr/greensports | greensports |
| 194 | ebay.com/usr/jameszu | jameszu |
| 195 | wish.com/merchant/589484b50a430552056c3811 | 88 Shop |
| 196 | wish.com/merchant/5915ba557547930da6ac36b2 | HF Shopping Center |
| 197 | wish.com/merchant/5b28961deae8b43b3db29db0 | Beijing Opera spectral tableware |
| 198 | wish.com/merchant/5d4fd4c31527545c2fad4f33 | Liuqiubin |
| 199 | wish.com/merchant/5e620cfc240c920c49467801 | kforiotrty |
| 200 | wish.com/merchant/5e708b3b29e7867e8f97943e | luoxiaolong19950408 |
| 201 | wish.com/merchant/5f129aed5288a6dda45223ea | Kootheh |

| 202 | wish.com/merchant/600130cc607b0a0503ae356e | chaxiaoyan0344963589 |
|---|---|---|
| 203 | wish.com/merchant/601f9fb664f74462093e3949 | Antiquarium Antique Maps |